DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   GEORGE A. CHOICE<br>   4000 MATCH POINT<br>   SANTA ROSA, CA 95407<br><br>   ###-##-1947<br>               Debtor(s). | Case No.: 10-1-2279AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:    08/02/2010
Time:    9:00 AM
Place:    Office of the United States Trustee
            777 Sonoma Ave., First Floor, #116
            Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:    09/20/2010
Time:    1:30 PM
Place:    United States Bankruptcy Court
            99 South E Street
            Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The plan does not meet the requirements of 11 U.S.C.§1325(d), as the plan payment is insufficient to pay all secured, priority and administrative debts, and therefore, the plan is not feasible.  The source of the non-feasibility appears to result from the following factor:  Schedule D lists Specialized Loan Servicing LLC, however, the plan fails to list the treatment of this creditor, and a secured claim in the amount of $92,978.28 has been filed.  The Trustee requests that debtor's counsel amend the plan and provide treatment to this secured creditor, or, in the alternative, file an objection to said claim.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 3, 2010                   DAVID BURCHARD
                                                  DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

GEORGE A. CHOICE                      TIMOTHY JAMES WALSH
4000 MATCH POINT                       LAW OFFICES OF TIMOTHY J. WALSH
SANTA ROSA, CA 95407                  1319 TRAVIS BLVD #E
                                                FAIRFIELD, CA 94533-0000

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: August 3, 2010                   WENDY KARNES
                                                 WENDY KARNES